UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| 3SHAPE A/S,<br><br>    Plaintiff,<br><br>v.<br><br>CARESTREAM DENTAL LLC,<br><br>    Defendant. | Case No. 6:21-cv-1110-ADA<br><br>Patent Case<br><br>JURY TRIAL REQUESTED |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Carestream Dental LLC discloses that Carestream Dental LLC is wholly owned by Carestream Dental Partnership, LLC (privately held).

Dated:  January 28, 2022                              Respectfully submitted,

_____
Sara Ann Brown
Texas State Bar No. 24075773
**Foley & Lardner LLP**
2021 McKinney Ave., Suite 1600
Dallas, TX 75201
214.999.3000 (telephone)
214.999.4667 (facsimile)
sabrown@foley.com

*Attorneys for Defendant Carestream Dental LLC*

4875-5542-6059