IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| 3SHAPE A/S, | § § § | |
| Plaintiff, | § § | Civil Action No. 6:21-CV-1110-ADA |
| v. | § § | Patent Case |
| CARESTREAM DENTAL LLC, | § § | |
| Defendant. | § § § | |

## CASE READINESS STATUS REPORT

Plaintiff 3Shape A/S and Defendant Carestream Dental LLC Inc. ("Carestream") hereby provide the following status report.

## FILINGS AND EXTENSIONS

Plaintiff's Complaint was filed on October 26, 2021. There have been no extensions filed in this case.

## RESPONSE TO THE COMPLAINT

Carestream filed a Motion to Dismiss for Improper Venue or, in the Alternative, to Transfer Venue on January 28, 2022 (Dkt. No. 13). Carestream has not filed an Answer or any counterclaims.

## PENDING MOTIONS

Carestream's Motion to Dismiss for Improper Venue or, in the Alternative, to Transfer Venue is currently pending before the Court (Dkt. No. 13). Pursuant to this Court's Standing Order Regarding Venue and Jurisdictional Discovery for Patent Cases, 3Shape intends to serve interrogatories, RFPs and take deposition testimony in connection with that Motion. This discovery will proceed and will be completed by no later than April

1

28, 2022.  3Shape's response to Carestream's Motion will be due no later than May 12, 2022.

## RELATED CASES IN THIS JUDICIAL DISTRICT

There is one case pending in this District involving one of the patents asserted in this case: *Align Technology, Inc. v. 3Shape A/S*, No. 6:20-cv-00979-ADA.  In that case, 3Shape asserted four patents, including U.S. Patent No. RE48,221 ("'221 patent"), in counterclaims. The '221 patent is also asserted by Plaintiff in this case.

## IPR, CBM, AND OTHER PGR FILINGS

The '221 patent is also subject to *inter partes* review in two IPRs: IPR2022-00144 and IPR2022-00145.  IPR2022-00144 was filed by Align Technology, Inc. on November 9, 2021 and docketed on December 10, 2021.  An institution decision is expected on or before June 10, 2022.  A Final Written decision is expected on or before June 10, 2023. IPR2022-00145 was filed by Align Technology, Inc. on November 9, 2021 and docketed on November 29, 2021.  An institution decision is expected on or before May 29, 2022.  A Final Written decision is expected on or before May 29, 2023.

The '221 patent is a reissue of U.S. Patent No. 9,329,675, which had all claims (1-19) cancelled following *inter partes* review in IPR2018-00197.  That IPR was also initiated by Align Technology, Inc.  The '675 patent is not asserted in this action.

There are no other known pending IPR, CBM, or other PGR filings.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff has asserted the following three patents in this case:  U.S. Patent Nos. RE48,221; 10,695,151; and 11,076,146 (collectively, the "Asserted Patents").  Pursuant to the Court's Standard Order Governing Proceedings in Patent Cases (OGP Version 3.5.1),

Plaintiff will serve its preliminary infringement contentions on February 11, 2022, which will specify the claims asserted for each of the Asserted Patents.

### APPOINTMENT OF TECHNICAL ADVISER

The parties do not presently request a technical adviser to be appointed to the case to assist the Court with claim construction or other technical issues.

### MEET AND CONFER STATUS

Plaintiff and Carestream met and conferred. At this time, the parties have no pre-*Markman* issues to raise at the CMC.

| | |
|---|---|
| Date: February 5, 2022 | Respectfully submitted, |
| | /s/ *Max Ciccarelli* |
| Kimberly Coghill (*pro hac vice* filed) | Max Ciccarelli |
| Kimberly.Coghill@Troutman.com | State Bar No. 00787242 |
| Bryan J. Cannon (*pro hac vice* to be filed) | Max@CiccarelliLawFirm.com |
| Bryan.Cannon@Troutman.com | CICCARELLI LAW FIRM LLC |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | 100 N 6th Street, Suite 502 |
| 401 9th Street, N. W. | Waco, Texas 76701 |
| Suite 1000 | Tel: (214) 444-8869 |
| Washington, D.C. 20004 | |
| Tel: 202.220.1200 | ***Counsel for Plaintiff 3Shape A/S*** |
| Fax: 202.220.1465 | |

William Belanger (*pro hac vice* filed)
William.Belanger@Troutman.com
Gregory Len (*pro hac vice* to be filed)
Gregory.Len@Troutman.com
Frank D. Liu (*pro hac vice* filed)
Frank.Liu@Troutman.com
Ana Spone (*pro hac vice* filed)
Ana.Spone@Troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP
125 High Street, 19th Floor High Street Tower Boston,
Massachusetts 02110-2736
Tel: 617.204.5100
Fax: 617.204.5150

/s/ *R. Spencer Montei*
Sara Ann Brown
Texas State Bar No. 24075773
FOLEY & LARDNER LLP
2021 McKinney Avenue, Suite 1600
Dallas, Texas 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
sabrown@foley.com

Jeanne M. Gills (admitted *pro hac vice*)
R. Spencer Montei (admitted *pro hac vice*)
Michelle J. Song (admitted *pro hac vice*)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 3000
Chicago, Illinois 60654-4762
Telephone: (312) 832-4500
Facsimile: (312) 832-4700
jmgills@foley.com
rmontei@foley.com
mxsong@foley.com

***Counsel for***
***Carestream Dental LLC***

4