IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| 3SHAPE A/S,<br><br>*Plaintiff*,<br><br>v.<br><br>CARESTREAM DENTAL LLC<br><br>*Defendants*. | C.A. No. 6:21-cv-1110-ADA<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO TRANSFER TO THE NORTHERN DISTRICT OF GEORGIA
AND TO VACATE ALL PENDING DEADLINES**

Plaintiff 3Shape A/S ("3Shape") and Defendant Carestream Dental LLC ("Carestream") (collectively, the "Parties") have met and conferred regarding Carestream's Motion to Dismiss for Improper Venue or, in the Alternative, to Transfer Venue (Dkt. 13). Notwithstanding Plaintiff's position that venue is indeed proper in the Western District of Texas (and Defendant's contrary view), the Parties have agreed to transfer the above captioned case to the Northern District of Georgia.

The Parties thus jointly move this Court for an Order to (1) vacate any deadlines under the Scheduling Order, this Court's Standing Orders, federal rules, and/or local rules of this Court, and (2) transfer this case to the Northern District of Georgia.

Dated: May 4, 2022

| | |
|---|---|
| By: */s/ Max Ciccarelli* | By:*/s/ Jeanne M. Gills* |
| Max Ciccarelli<br>State Bar No. 00787242<br>Max@CiccarelliLawFirm.com<br>CICCARELLI LAW FIRM LLC<br>100 N 6th Street, Suite 502<br>Waco, Texas 76701<br>Tel: (214) 444-8869<br><br>Kim Coghill (*pro hac vice*)<br>Bryan Cannon (*pro hac vice*)<br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br>401 9th Street, N.W.<br>Suite 1000<br>Washington, D.C. 20004<br>Tel: 202.220.1200<br>Fax: 202.220.1465<br><br>William D. Belanger (*pro hac vice*)<br>Gregory Len (*pro hac vice*)<br>Frank D. Liu (*pro hac vice*)<br>Ana Spone (*pro hac vice*)<br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br>19th Floor, High Street Tower<br>125 High Street<br>Boston, MA 02110-2736<br>Tel: 617.204.5100<br>Fax: 617.204.5150<br>3Shape_Carestream@troutman.com<br><br>*Counsel for Plaintiff 3Shape* | Sara Ann Brown<br>Texas State Bar No. 24075773<br>FOLEY & LARDNER LLP<br>2021 McKinney Avenue, Suite 1600<br>Dallas, Texas 75201<br>Tel: (214) 999-3000<br>Fax: (214) 999-4667<br>sabrown@foley.com<br><br>Jeanne M. Gills (admitted pro hac vice)<br>R. Spencer Montei (admitted pro hac vice)<br>Michelle J. Song (admitted pro hac vice)<br>FOLEY & LARDNER LLP<br>321 North Clark Street, Suite 3000<br>Chicago, Illinois 60654-4762<br>Tel: (312) 832-4500<br>Fax: (312) 832-4700<br>jmgills@foley.com<br>rmontei@foley.com<br>mxsong@foley.com<br><br>*Counsel for Defendant Carestream Dental LLC* |

## CERTIFICATE OF SERVICE

      I certify that a copy of this document is being served on all counsel of record via the Court's ECF system.

Dated: May 4, 2022            /s/ *Max Ciccarelli*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| 3SHAPE A/S,<br><br>    *Plaintiff*,<br><br>v.<br><br>CARESTREAM DENTAL LLC<br><br>    *Defendants*. | C.A. No. 6:21-cv-1110-ADA<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO TRANSFER VENUE AND TO VACATE ALL PENDING DEADLINES**

Before this Court is Plaintiff 3Shape A/S and Defendant Carestream Dental LLC's (collectively, the "Parties") Joint Motion to Transfer Venue and to Vacate All Pending Deadlines. After consideration, this Court finds that the Parties' Joint Motion should be GRANTED.

IT IS HEREBY ORDERED THAT:

1. All deadlines in the above-captioned case are vacated, including deadlines under the Scheduling Order, this Court's Standing Orders, federal rules, and/or local rules of this Court, including all pending motions.

2. The above-captioned case is transferred to the United States District Court for the Northern District of Georgia.

ORDERED this _____ day of _____, 2022.

                                                ALAN D. ALBRIGHT
                                                UNITED STATES DISTRICT JUDGE